ELIZABETH PECK, Doing Business as E. PECK REALTY COMPANY, Appellant, v. MIDTOWN INDUSTRIAL CORPORATION, Respondent.— Order of the County Court of Nassau county denying plaintiff's motion to strike out answer as sham and to grant summary judgment affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES DALEY, Appellant.— Judgment of conviction of the Court of Special Sessions of the City of New York, Borough of Brooklyn, unanimously affirmed. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES R. HERTING, Appellant, Impleaded with Another, Defendant.— Judgment of conviction of the County Court of Richmond county reversed upon the law and the facts, indictment dismissed and defendant discharged from custody upon the ground that the verdict is contrary to the law and contrary to the evidence. Lazansky, P. J., Kapper, Hagerty, Carswell and Scudder, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DOMENICK SCHRIPPA, Appellant.— Judgment of conviction of the Court of Special Sessions of the City of New York, Borough of Brooklyn, unanimously affirmed. No opinion. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALEXANDER H. WEEKS, Appellant.— Judgment of conviction and order of the County Court of Orange county reversed upon the law and the facts, and a new trial ordered. There was an abuse of discretion on the part of the trial court in permitting the defendant to be cross-examined regarding the details of alleged wrongful acts of the defendant in divorce actions other than that in which the perjury charged was committed, and in permitting the defendant to be cross-examined regarding charges of wrongful acts claimed to have been made against him by others. These errors deprived the defendant of a fair trial on the facts, and his motion for a mistrial should have been granted. Lazansky, P. J., Kapper, Carswell and Scudder, JJ., concur; Tompkins, J., not voting.

SAMUEL SHUFF, Appellant, v. JACOB ROTTER, Individually and as President of Local No. 76 of New York City, Affiliated with the Upholsterers' International Union of North America, a Voluntary Association Composed of More Than Seven Members, and Others, Respondents.— Order grant'ng defendants' motion for judgment dismissing the complaint upon the ground of the pendency of another action affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ., concur.